1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MICHAEL J. HASSEN (Bar No. 124823)
2  mjh@jmbm.com
   CHRISTOPHER H. DOYLE (Bar No. 190016)
3  chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
4  San Francisco, California  94111-3824        JS-6
   Telephone:  (415) 398-8080
5  Facsimile:   (415) 398-5584

6  Attorneys for Defendant AIG FEDERAL SAVINGS
   BANK, formerly known as WILMINGTON FINANCE,
7  a Division of AIG FEDERAL SAVINGS BANK,
   improperly named in this action as WILMINGTON
8  FINANCE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| ERNESTO CERVANTES and MARIA GUADALUPE VELASQUEZ, | CASE NO.  CV 09-05378 DDP (JEMx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WILMINGTON FINANCE, INC., a Delaware corporation; GUIDO GIL & ASSOCIATES, INC., a California corporation; and HOMEQ SERVICING, an unknown business entity; and DOES 1 through 20, inclusive, | Date:   October 20, 2009<br>Time:   10:00 a.m.<br>Dept:   3rd Floor<br>Judge:  Dean D. Pregerson |
| Defendants. | |
| AND RELATED CROSS AND COUNTER ACTIONS. | |

913917v1

1   JUDGMENT

# JUDGMENT

Plaintiffs' Motion for Leave to File a First Amended Complaint, Defendant HomEq's Motion to Dismiss Plaintiffs' Complaint, and Defendant AIG Federal Savings Bank's Motion for Summary Judgment having been filed and taken under submission by the Court, the Honorable District Judge Dean D. Pregerson Presiding, the evidence presented having been considered, a decision having been duly rendered, and an "Order (1) Denying Plaintiffs' Motion for Leave to File a First Amended Complaint, (2) Granting Defendant HomEq's Motion to Dismiss, (3) Granting in part defendant AIG's Motion for Summary Judgment, and (4) Dismissing Plaintiffs' remaining state law claims against defendant AIG," having been duly issued on October 15, 2009,

IT IS ORDERED and ADJUDGED:

1. That Plaintiffs take nothing;

2. That Judgment is entered in favor of defendant AIG Federal Savings Bank on the merits on the Complaint's first, second, third, fourth, tenth, eleventh, and fourteenth causes of action; that the Court declines to exercise supplemental jurisdiction on the Complaint's remaining state law claims (*i.e.*, the fifth, sixth, seventh, eighth, ninth, twelfth, and thirteenth causes of action) against AIG Federal Savings Bank and therefore they are dismissed without prejudice; and

3. That Judgment is entered in favor of defendant HomEq on the merits on the Complaint's seventh cause of action and the Complaint's remaining state law claims against HomEq are dismissed without prejudice.

Dated: October 22, 2009

Dean D. Pregerson
United States District Judge